FILED

03/25/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0122

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0122

IN RE THE MARRIAGE OF:

JUSTIN LEVI MASTERS,

      Petitioner and Appellee,

and

ALISIA CUBBERLY,

      Respondent and Appellant.

FILED

MAR 25 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

On February 25, 2020, self-represented Appellant Alisia Cubberly filed a Notice of Appeal of a final dissolution decree with this Court. A mediator was appointed. Pending before this Court is Alisia's unopposed motion for extension of time to file her opening brief.

Alisia's motion is premature because this Court has not received the record from the Flathead County District Court. After the Notice of Appeal has been filed, the Clerk of District Court has forty days to provide this Court with the record. M. R. App. P. 9(1). Alisia's opening brief will be due thirty days after receipt of the record. M. R. App. P. 13(1). We point out that Alisia will receive a notice from the Clerk of the Supreme Court informing her of when this Court has filed the District Court record. M. R. App. P. 9(6). Alisia may seek a motion for extension of time, if necessary, after she receives this notice. Therefore,

IT IS ORDERED that Alisia's Motion for Extension of Time is DENIED, as premature. Alisia may seek additional time to file her opening brief as explained above.

The Clerk of the Supreme Court is directed to provide a copy of this Order to all parties along with a copy of this Court's Civil Appellate Handbook.

DATED this 25th day of March, 2020.

For the Court,

By _____
Chief Justice